IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

STARLYN B.,[1]

        Plaintiff,

v.

COMMISSIONER,
Social Security Administration,

        Defendant.

Case No. 6:17-cv-01897-SU

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Sullivan issued a Findings and Recommendation [15] on March 22, 2019, in which she recommends the Court affirm the Commissioner's decision to deny Plaintiff's application for benefits. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [15]. Therefore, the decision of the Commissioner is affirmed, and this case is dismissed.

IT IS SO ORDERED.

DATED this 29 day of Sept, 2019.

<u>Marco Hernández</u>
MARCO A. HERNÁNDEZ
United States District Judge